JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Dennis Cooper,<br><br>Plaintiff,<br><br>v.<br><br>Wal-Mart Real Estate Business Trust,<br><br>Defendant. | Case No. EDCV 5:19-CV-0238 JGB (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrent herewith, the Motion for Summary Judgment by Defendant Wal-Mart Real Estate Business Trust is GRANTED. Plaintiff Dennis Cooper's complaint against Defendant is DISMISSED with prejudice.

Judgment is entered in favor of Defendant.

Dated: April 3, 2020

THE HONORABLE JESUS G. BERNAL
United States District Judge